# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL, | CASE NO. 1:08-cv-01948-OWW DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Nick Woodall ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 22, 2008. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Valdez, Ferro, A. Raygosa, T. Lawson, M. Sexton, Olive, and T. Gonzales III for violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Plaintiff states no other viable claims. Accordingly, it is HEREBY ORDERED that:      1    .

Service is appropriate for the following defendants:

        VALDEZ

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Defendants the State of California, California Department of Corrections and Rehabilitation, R. Castro, E. Felix, E. Meyer, J. Torres, M. Alaniz, A. Robles, and Flores be dismissed based on Plaintiff's failure to state any claims against them.

1

    FERRO

    A. RAYGOSA

    T. LAWSON

    M. SEXTON

    OLIVE

    T. GONZALES III

2. The Clerk of the Court shall send Plaintiff seven (7) USM-285 forms, seven (7) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 22, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

 a. Completed summons;

 b. One completed USM-285 form for each defendant listed above; and

 c. Eight (8) copies of the endorsed complaint filed December 22, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **November 16, 2009**    /s/ **Dennis L. Beck**
                 UNITED STATES MAGISTRATE JUDGE

2