# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-01948-OWW-DLB PC<br><br>ORDER DENYING MOTION FOR COURT TO ALLOW PLAINTIFF TO CORRESPOND WITH INMATE WITNESS, WITHOUT PREJUDICE<br><br>(Docs. 19, 29) |

Plaintiff Nick Woodall ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2009, and April 26, 2010, Plaintiff filed motions requesting that the Court order Plaintiff be permitted to communicate with inmate Jeffrey R. Inglett (CDC # C-61771). Plaintiff contends that Mr. Inglett has relevant testimony pertaining to this action.

Plaintiff's request is denied, without prejudice. Inmates may correspond with other inmates, pursuant to title 15, section 3139 of the California Code of Regulations, by contacting their correctional counselor. Plaintiff should utilize the prison institution's procedures prior to seeking a court order.

Accordingly, it is HEREBY ORDERED that Plaintiff's motions requesting a court order to correspond with an inmate witness are DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **June 1, 2010**          **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE