UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL, | 1:08-CV-01948-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT FERRO WITHOUT PREJUDICE |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF NO. 32) |
| Defendants. | |

Plaintiff Nick Woodall ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2010, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty days. No objection to the Findings and Recommendations was filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

1

and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 1, 2010, is adopted in full; and
2. Defendant Ferro is dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

**Dated:   July 14, 2010**               /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE