# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL, | CASE NO. 1:08-CV-01948-OWW-DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR SUBPOENA DUCES TECUM WITHOUT PREJUDICE |
| v. | |
| STATE OF CALIFORNIA, et al., | (DOC. 30) |
| Defendants. | |

Plaintiff Nick Woodall ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed December 22, 2008, against Defendants T. Gonzalez, T. Lawson, Olive, A. Raygosa, M. Sexton, and Valdez for violation of the Eighth Amendment. Pending before the Court is Plaintiff's motion for a subpoena duces tecum, filed April 26, 2010. (Doc. 30.)

Plaintiff requests a subpoena for the custodian of records at California Substance Abuse Treatment Facility ("SATF") to produce Plaintiff's medical records. However, Plaintiff may be able to directly request access to his prisoner medical file through the custodian of records. The Court is disinclined to order the United States Marshal to issue a subpoena in this instance when other means are available for Plaintiff to obtain his own medical records. There is no indication

1

1  that Plaintiff attempted to obtain his own medical records prior to seeking court action.
2  Accordingly, Plaintiff's motion for a subpoena duces tecum of his medical records, filed April
3  26, 2010, is denied, without prejudice.
4      IT IS SO ORDERED.
5      Dated:   **October 1, 2010**               **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE