# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-CV-01948-OWW-DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO PROVIDE RESPONSE TO PLAINTIFF'S MOTION TO CORRESPOND WITH INMATE WITNESS<br><br>(DOC. 48)<br><br>RESPONSE DUE WITHIN TWENTY DAYS |

　　　　Plaintiff Nick Woodall ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed December 22, 2008, against Defendants T. Gonzalez, T. Lawson, Olive, A. Raygosa, M. Sexton, and Valdez for violation of the Eighth Amendment. Pending before the Court is Plaintiff's motion requesting that the Court allow Plaintiff to correspond with a potential inmate witness, filed August 31, 2010. (Doc. 48.)

　　　　Plaintiff contends that he submitted a request with correctional counselor I M. Hildreth to communicate with inmate Jeffrey R. Inglett, CDC # C-61771. Plaintiff contends that inmate Inglett has personal knowledge regarding the events set forth in Plaintiff's complaint. Plaintiff contends that Mr. Inglett is currently housed at California Men's Colony in San Luis Obispo, California. Plaintiff contends that he has received no response regarding his request to contact Mr. Inglett. Plaintiff is currently housed at California Substance Abuse Treatment Facility in Corcoran, California.

1

1    Plaintiff is entitled to communicate with potential witnesses, in accordance with proper
2 prison regulations.  As Defendants are in a better position to respond to this issue, the Court will
3 order Defendants to provide a response to Plaintiff's request.  It is HEREBY ORDERED that
4 Defendants are to provide a response to Plaintiff's motion within twenty (20) days from the date
5 of service of this order.
6    IT IS SO ORDERED.
7    Dated:   **November 23, 2010**          /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE