# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICK WOODALL, | | CASE NO. 1:08-CV-01948-OWW-DLB PC |
| | Plaintiff, | ORDER DISREGARDING MOTION FOR COMMUNICATION WITH INMATE WITNESS AS MOOT |
| | v. | |
| STATE OF CALIFORNIA, et al., | | (DOC. 48, 70) |
| | Defendants. | |
| _____ / | | |

Plaintiff Nick Woodall ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2010, Plaintiff filed a motion requesting that the Court direct prison officials to allow him to correspond with inmate Jeffrey Inglett, who is a percipient witness to some of the alleged acts. On November 24, 2010, the Court ordered Defendants to file a response. On December 10, 2010, Defendants filed their response. Plaintiff was approved for correspondence with Mr. Inglett as of November 4, 2010. Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed August 31, 2010, is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:  **December 13, 2010**           **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1