# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-CV-01948-OWW-DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUBPOENA DUCES TECUM (DOC. 77)<br><br>SUBPOENAS TO ISSUE AFTER FIFTEEN (15) DAYS |

　　　Plaintiff Nick Woodall ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed December 22, 2008, against Defendants T. Gonzalez, T. Lawson, Olive, A. Raygosa, M. Sexton, and Valdez for violation of the Eighth Amendment.

　　　Pending before the Court is Plaintiff's motion for subpoena duces tecum, filed February 8, 2011. Doc. 77. Plaintiff seeks the production of the following documents.

　　　1.　　The California State Prison - Corcoran's ("CSP-Cor") Facility 3A Second Watch Facility Sergeant's Post Orders, current as of September 13, 2007.

　　　2.　　The completed holding cell log relative to Plaintiff, dated September 13, 2007.

　　　3.　　The CSP-Cor's In-Service-Training (IST) Signature sheet reflecting Defendants T. Gonzales, T. Lawson, A. Olive, A. Raygosa, and M. Sexton receiving training relative to Operational Procedure #241 (Holding Cell Procedure), prior to September 13, 2007.

　　　4.　　The CSP-Cor Facility 3A Second Watch Daily Activity Log, dated September 13,

1

1        2007.

5. The complete and unredacted Crime/Incident Report (CDCR Form 837) Incident Package, relative to the investigation and resultant search of Plaintiff's cell by Investigative Services Unit (ISU) in Housing Unit 3A01, cell # 125.

6. Any and all documents, reports relative to the investigation which resulted in the searching of Plaintiff's cell in housing unit 3A01, cell #125, on September 13, 2007.

7. The CSP-Cor First Watch Activity Log, dated September 12, 2007 and September 13, 2007.

8. The CSP-Cor Second Watch Activity Log, dated September 13, 2007.

9. The CSP-Cor Investigative Services Unit First Watch Activity Log, dated September 12, 2007.

10. The CSP-Cor Investigative Services Unit First Watch Activity Log, dated September 13, 2007.

11. Complete copies of any and all pages of CSP-Cor's Watch Office Sergeant's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

12. Complete copies of any and all pages of CSP-Cor's Watch Office Officer's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

13. Complete copies of any and all pages of CSP-Cor's Facility 3A Medical Clinic's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

14. Complete copies of any and all pages of CSP-Cor's Facility 3A Sergeant's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

15. Complete copies of any and all pages of CSP-Cor's ISU Officer's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400

       hours.

16. Complete copies of any and all pages of CSP-Cor's ISU Sergeant's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

17. Complete copies of any and all pages of CSP-Cor's ISU Lieutenant's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

18. Complete copies of any and all pages of CSP-Cor's John D. Klarich Memorial Hospital Emergency Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

19. Complete copies of any and all pages of CSP-Cor's Facility 3A, Housing Unit 01, Control Booth Officer's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

20. Complete copies of any and all pages of CSP-Cor's Facility 3A, Housing Unit 01, Floor Officer's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

21. Complete copies of any and all pages of CSP-Cor's Facility 3A Staff Sign-In/Out Sheets (a.k.a. "FLSA/PPAS"), beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

22. Complete copies of any and all pages of CSP-Cor's John D. Klarich Memorial Hospital Staff Sign-In/Out Sheets (a.k.a. "FLSA/PPAS"), beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

23. Complete copies of any and all pages of CSP-Cor's Institutional Gang Investigation (IGI) Officer's Logbook, beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

24. Complete copies of any and all pages of CSP-Cor's ISU Staff Sign-In/Out Sheets (a.k.a. "FLSA/PPAS"), beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

25. Complete copies of any and all pages of CSP-Cor's IGI Staff Sign-In/Out Sheets (a.k.a. "FLSA/PPAS"), beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

26. Complete copies of any and all pages of CSP-Cor's Watch Office Staff Sign-In/Out Sheets (a.k.a. "FLSA/PPAS"), beginning September 12, 2007 at 2200 hours through September 13, 2007, 1400 hours.

As stated previously by separate order, the Court finds these requests reasonably related to lead to the discovery of admissible evidence, and will issue subpoenas duces tecum. This order will constitute the notice required to the parties that a subpoena will issue. As it appears that all of this information is retained at CSP-Cor, the Court will issue a subpoena on the Warden of CSP-Cor.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion for subpoena duces tecum, filed February 8, 2011, is GRANTED. A subpoena will issue from this Court to be served by the United States Marshal pursuant to Federal Rule of Civil Procedure 45 after fifteen (15) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 9, 2011**                    **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE