1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  NICK WOODALL,                           1:08-cv-01948 OWW DLB (PC)

12          Plaintiff,
                                            ORDER DENYING MOTION FOR
13  vs.                                     APPOINTMENT OF COUNSEL

14  STATE OF CALIFORNIA, et al.,
                                            ( #66)
15          Defendants.

16  _____/

17       On December 6, 2010, plaintiff filed a motion seeking the appointment of counsel.

18  Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v.*

19  *Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to

20  represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  *Mallard v. United States District Court*

21  *for the Southern District of Iowa*, 490 U.S. 296, 298 (1989).  However, in certain exceptional

22  circumstances the court may request the voluntary assistance of counsel pursuant to section

23  1915(e)(1).  *Rand*, 113 F.3d at 1525.

24       Without a reasonable method of securing and compensating counsel, the court will seek

25  volunteer counsel only in the most serious and exceptional cases.  In determining whether

26  "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

27  of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28  complexity of the legal issues involved."  *Id.* (internal quotation marks and citations omitted).

-1-

1  In the present case, the court does not find the required exceptional circumstances.  Even

2  if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations

3  which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with

4  similar cases almost daily.  Based on a review of the record in this case, the court does not find

5  that plaintiff cannot adequately articulate his claims.  *Id.*

6  For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

7  DENIED, without prejudice.

8  IT IS SO ORDERED.

9  **Dated:**   **March 14, 2011**                        **/s/ Dennis L. Beck**
   UNITED STATES MAGISTRATE JUDGE