# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL,<br><br>                    Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:08-CV-01948-OWW-DLB PC<br><br>ORDER REQUIRING NON-PARTY ACTING WARDEN OF CORCORAN STATE PRISON TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (DOC. 96)<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Nick Woodall ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2011, the Court directed service of Plaintiff's subpoena duces tecum by the United States Marshal on then warden Raul Lopez of California State Prison at Corcoran ("CSP-Cor").[1]  On April 25, 2011, the subpoena was returned executed.  Pending before the Court is Plaintiff's motion to compel, filed July 29, 2011.  Doc. 96.

Plaintiff contends that he did not receive any of the documents requested in his subpoena duces tecum. Plaintiff requests that the Court hold Mr. Lopez in contempt and impose sanctions pursuant to Rule 45 of the Federal Rules of Civil Procedure.

A review of the Court's records indicates that the acting warden submitted the documents requested in the subpoena duces tecum to the Court.  The Court, however, did not request these

---

[1] Raul Lopez was acting warden at the time the order was issued.

1

1 documents. It is unclear whether the acting warden of CSP-Cor has responded to the subpoena
2 duces tecum. The Court will require the acting warden of CSP-Cor to respond to Plaintiff's
3 motion to compel.

    Based on the foregoing, it is HEREBY ORDERED that:

1. The acting warden of California State Prison at Corcoran is to respond to Plaintiff's motion to compel within fourteen (14) days from the date of service of this order;

2. The Clerk of the Court is directed to serve this order on the acting warden at California State Prison at Corcoran.

IT IS SO ORDERED.

**Dated:**   **September 8, 2011**                    /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE