# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL,<br>　　　　Plaintiff,<br>　　v.<br>A. RAYGOZA,<br>　　　　Defendant.<br>_____/ | CASE NO. 1:08-cv-01948-LJO-DLB PC<br>ORDER MODIFYING PRETRIAL ORDER<br>(DOC. 119)<br>MOTIONS IN LIMINE DUE BY APRIL 26, 2012 |

　　　Plaintiff Nick Woodall ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant A. Raygoza for violation of the Eighth Amendment. The Court issued a Pretrial Order on April 4, 2012. On April 6, 2012, Defendant filed objections to the Pretrial Order.

　　　Defendant seeks an amendment to the Pretrial Order, setting deadlines for filing motions in limine. Defendant had indicated in his pretrial statement an intent to file motions in limine. Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, the final pretrial order may be modified by the Court to prevent manifest injustice. *Galdamez v. Potter*, 415 F.3d 1015, 1020 (9th Cir. 2005). The Court finds cause to modify the pretrial order.

　　　Any party may file a motion in limine, which is a procedural mechanism to limit in advance testimony or evidence in a particular area. *United States v. Heller*, 551 F.3d 1108, 1111 (9th Cir. 2009) (quotation marks omitted). In the case of a jury trial, the Court's ruling gives Plaintiff and Defendant's counsel advance notice of the scope of certain evidence so that admissibility is settled before attempted use of the evidence before the jury. *Heller*, 551 U.S. at 1111-12 (quotation marks

omitted). Although the Federal Rules do not explicitly provide for the filing of motions in limine, the Court has the inherent power to hear and decide such motions as a function of its duty to expeditiously manage trials by eliminating evidence that is clearly inadmissible for any purpose. *Luce v. United States*, 469 U.S. 38, 41 n.4 (1984).

Accordingly, it is HEREBY ORDERED that:

1. Motions in limine are to be filed by April 26, 2012;
2. Oppositions to the motions in limine, if any, are to be filed by May 8, 2012;
3. Replies, if any, are to be filed by May 15, 2012; and
4. The motions in limine will be resolved by order or day of trial.

IT IS SO ORDERED.

**Dated:   April 9, 2012**                              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE