# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL, | CASE NO. 1:08-cv-01948-LJO-DLB PC |
| Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| v. | |
| A. RAYGOSA, | SERVICE WITHIN 7 DAYS |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff has submitted the required fees made payable to the witnesses **T. Lawson** and **F. P. Field**, being commanded to appear at trial on May 22, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) Two completed and issued subpoenas to be served on:

    **Sergeant T. Lawson**
    **4001 King Avenue**
    **Corcoran, CA 93212**

    **Captain F. P. Field**
    **4001 King Avenue**
    **Corcoran, CA 93212**

    (2) Two completed USM-285 forms;

    (3) One check #198309642 in the amount of $ 93.96, made payable to **Sergeant T. Lawson;**

1

         (4)     One check #198309641 in the amount of $93.96, made payable to **Captain F. P. Field;**

         (5)     Three copies of this order, one to accompany each subpoena, plus an extra copy for the Marshal.

2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoenas and checks in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individuals in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:  **May 8, 2012**           /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE