

FILED

MAY 22 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL, | CASE NO. 1:08-cv-01948-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MAY 23, 2012 AT 8:30 A.M. IN COURTROOM 4 |
| v. | |
| A. RAYGOZA, | |
| Defendant. | |

Plaintiff Nick Woodall, CDCR #D-82572, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, May 23, 2012, in Courtroom 4, from day to day until completion of the proceedings or as ordered by the Court.

DATED: May 22, 2012        _____
                            LAWRENCE J. O'NEILL
                            UNITED STATES DISTRICT JUDGE

1