FILED

MAY 22 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL, | CASE NO. 1:08-cv-01948-LJO-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT JEFFREY R. INGLETT IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. RAYGOZA, | |
| Defendant. | |

Jury trial in this matter commenced on May 22, 2012. Inmate Jeffrey R. Inglett testified in the matter on May 22, 2012. Mr. Inglett finished his testimony on May 22, 2012.

Accordingly, Jeffrey R. Inglett, CDCR #C-61771, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: May 22 2012

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1