FILED

MAY 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____S. ARELLANO_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL, | CASE NO. 1:08-cv-01948-LJO-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT NICK WOODALL IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. RAYGOZA, | |
| Defendant. | |

Jury trial in this matter commenced on May 22, 2012. Jury trial concluded on May 23, 2012.

Accordingly, Plaintiff Nick Woodall, CDCR #D-82572, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: May 23, 2012      _____
                          LAWRENCE J. O'NEILL
                          UNITED STATES DISTRICT JUDGE

1