# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK WOODALL,<br><br>    Plaintiff,<br><br>    v.<br><br>A. RAYGOZA,<br><br>    Defendant.<br>_____/ | CASE NO. 1:08-cv-01948-LJO-DLB PC<br><br>ORDER GRANTING REQUEST AND DIRECTING CLERK OF THE COURT TO SEND PLAINTIFF COST BILL FORM<br><br>(DOC. 157) |

     Plaintiff Nick Woodall ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeded against Defendant A. Raygoza for deliberate indifference in violation of the Eighth Amendment.  Jury trial in this action commenced on May 22, 2012.  Judgment was entered in favor of Plaintiff pursuant to a jury verdict rendered on May 23, 2012.  Plaintiff was the prevailing party.

     Pending before the Court is Plaintiff's motion for a cost of bill form, filed May 29, 2012.  Doc. 157.  Plaintiff requests that the Clerk of the Court send Plaintiff a cost bill form pursuant to Local Rule 292(b).  The request will be granted.

     Accordingly, it is HEREBY ORDERED that Plaintiff's request is granted and the Clerk of the Court is directed to send Plaintiff a cost bill form.

IT IS SO ORDERED.

    Dated:  **May 31, 2012**             **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE